[No. 36509-0-II.   Division Two.   July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES D. BOWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00171-1, F. Mark McCauley, J., entered July 2, 2007. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 36568-5-II.   Division Two.   July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVIER QUIROZ CRUZ, *Defendant*, MELISSA MCLACHLAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-01992-1, Katherine M. Stolz, J., entered June 20, 2007. *Reversed* by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 36678-9-II.   Division Two.   July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYON EUGENE HEIMES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-00174-7, Frank E. Cuthbertson, J., entered July 10, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 36787-4-II.   Division Two.   July 22, 2008.]

LEO FINNEGAN CONSTRUCTION COMPANY, INC., *Respondent*, v. NORTHWEST PLUMBING & PIPEFITTING INDUSTRY HEALTH WELFARE & VACATION TRUST ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-12122-5, Ronald E. Culpepper, J., entered March 6, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Bridgewater, JJ.